## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**                                            **PLAINTIFF**

v.                                    **No. 4:20-cv-690-DPM**

**LUCAS EMBERTON, Sheriff, Van
Buren County, and BRICK LEWIS,
Administrator, Van Buren County Jail**            **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 6*, and overrules Allen's objections, *Doc. 7*.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Because Allen is no longer incarcerated at the Van Buren County Jail, his request for injunctive relief is moot.   *Zajrael v. Harmon*, 677 F.3d 353, 355 (8th Cir. 2012). Allen may not use his objections to amend his complaint to include a request for punitive damages.   In any event, Allen's claims fail for the various reasons well stated by Magistrate Judge Ray.   Allen's complaint will be dismissed without prejudice.   This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

30 December 2020