IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL EDWARD ALLEN                                    PLAINTIFF

v.                        No. 4:20-cv-690-DPM

LUCAS EMBERTON, Sheriff, Van
Buren County, and BRICK LEWIS,
Administrator, Van Buren County Jail                  DEFENDANTS

## JUDGMENT

Allen's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

30 December 2020